UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYBER SOLUTIONS INTERNATIONAL, LLC,

    Plaintiff,                      Case No. 1:13-cv-867

v.                                       HON. PAUL L. MALONEY

PRIVA SECURITY CORPORATION, et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion entered on this day:

**IT IS ORDERED** that **JUDGMENT** of no cause of action is entered in favor of Defendants.

**IT IS FURTHER ORDERED** that Defendants' motion for directed verdict is **DENIED**.

Dated: August 22, 2017                                    /s/ Paul L. Maloney
                                                                         PAUL L. MALONEY
                                                                         UNITED STATES DISTRICT JUDGE